UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

FALLS COURT PROPERTIES COMPANY
MORRIS WINKLER
GEORGE H. KIDNEY, JR.

         Defendants.

Civil Action No.
6:08-cv-1197 (NPM/DEP)

---

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff, United States of America ("United States" or "Plaintiff"), and Defendants Falls Court Properties Company ("Falls Court"), Morris Winkler ("Winkler") and George H. Kidney, Jr. ("Kidney")(collectively "Defendants") on this 13th day of October, 2009 that

**WHEREAS,** the parties have entered into a Stipulation, Settlement Agreement and Release ("Settlement Agreement") dated September 30, 2009; and

**WHEREAS,** the Defendants have maintained a General Fund Account in the name of Falls Court Properties Company at HSBC Bank Bearing Account No. 204-71621-7 ("General Fund Account"); and

**WHEREAS,** the parties have agreed as part of the Settlement Agreement that the Defendants will surrender any and all ownership interests and rights they have in the General Fund Account and transfer said rights to the United States; and

ATTORNEYS AT LAW

**WHEREAS**, it is the desire of the parties that the General Fund Account remain open in the event that certain future direct deposits will be made to the General Fund Account, and that all of said monies are immediately payable to the United States;

**NOW**, in consideration of the mutual covenants and promises contained herein, it is agreed:

1. The Defendants agree to remove Morris Winkler and George Kidney as authorized signatories on the General Fund Account;

2. That the only authorized signatories on the General Fund Account will be David P. Martin, Esq. or Lauren H. Seiter, Esq., severally, as attorneys for the United States of America;

3. The parties agree that the address for the General Fund Account shall be changed from 6109 Falling Water Court, Roswell, Georgia to C/O Harris Beach, PLLC, One Park Place, 300 South State Street, Suite 400, Syracuse, New York 13202;

4. The General Fund may be closed at a future date at the sole discretion of the United States of America;

5. This Stipulation shall benefit and bind the parties hereto and their respective heirs, personal representatives, successors and assigns. The terms of this Stipulation may not be changed, waived or terminated except by an instrument in writing, signed by the party against which enforcement is sought, specifically agreeing to such change, waiver or termination;

6. This Stipulation may be executed in one or more counterparts, each of which shall constitute an original and all of which taken together shall constitute one agreement. A facsimile of an executed signature shall be treated as an original signature for purposes of filing this Stipulation with the Court. Each party executing this Agreement represents that such party has the full authority and legal power to do so.

IN WITNESS WHEREOF, the parties hereto have executed this Stipulation on the day and year set forth below. This stipulation may be filed without further notice with the Clerk of Court.

Dated: October 14, 2009

ANDREW T. BAXTER,
Acting United States Attorney for the
Northern District of New York

BY: _____
William Larkin
Assistant United States Attorney
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198
Telephone: (315) 448-0672

FALLS COURT PROPERTIES
COMPANY

BY: *[signature: Morris Winkler]*

*[signature]*
Morris Winkler

*[signature]*
George Kidney

HARRIS BEACH
Attorneys at Law

3

**IN WITNESS WHEREOF**, the parties hereto have executed this Stipulation on the day and year set forth below.  This stipulation may be filed without further notice with the Clerk of Court.

Dated: October 14, 2009

|  |  |
|---|---|
| ANDREW T. BAXTER,<br>Acting United States Attorney for the<br>Northern District of New York | FALLS COURT PROPERTIES<br>COMPANY |
| BY: _____/s/ William Larkin_____<br>William Larkin<br>Assistant United States Attorney<br>P.O. Box 7198<br>100 South Clinton Street<br>Syracuse, NY 13261-7198<br>Telephone: (315) 448-0672 | BY: _____ |
| _____<br>Morris Winkler | _____<br>George Kidney |

SO ORDERED:

Dated: _____, 2009
      Syracuse, New York

IT IS SO ORDERED:

_____/s/ David E. Peebles_____
David E. Peebles
U.S. Magistrate Judge
Dated:  October 20, 2009
       Syracuse, NY

**IN WITNESS WHEREOF**, the parties hereto have executed this Stipulation on the day and year set forth below.  This stipulation may be filed without further notice with the Clerk of Court.

Dated: October 20, 2009

    HARRIS BEACH, PLLC

BY:    /s/Lauren H. Seiter                      /s/Frank A. Bersani
        Lauren H. Seiter, Esq.                  Frank A. Bersani, Jr.
        *Attorney(s) for the Plaintiff United*      *Attorney(s) for Defendants Falls Court*
        *States of America*                           *Properties Company, Morris Winkler*
        One Park Place                            *and George H. Kidney, Jr.*
        300 South State Street, 4th Floor      306 Syracuse Building
        Syracuse, New York 13202           224 Harrison Street
        Tel: (315) 423-7100                      Syracuse, New York 13202
                                                  Tel: (315) 478-0560

SO ORDERED:

Dated: _____, 2009
       Syracuse, New York

                                                      Honorable David E. Peebles
                                                      United States Magistrate Judge

HARRIS BEACH
ATTORNEYS AT LAW