UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America                Civil No.
                                        6:08-cv-1197(NPM/DEP)
                    Plaintiff
    vs.

Falls Court Properties Company
Morris Winkler
George H. Kidney, Jr.
                    Defendants.

### STIPULATION CANCELING ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys or record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: ___10/1___ 2009

_____
David P. Martin, Esq.
HARRIS BEACH, PLLC
ney(s) for the Plaintiff
ark Place
outh State Street, 4th Floor
use, New York 13202
23-7100

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: November 6, 2009
       Syracuse, NY

_____
Frank A. Bersani, Jr.
Attorney(s) for DefendantS,
   Falls Court Properties Company,
   Morris Winkler and
   George H. Kidney, jr.
306 Syracuse Building
224 Harrison Street
Syracuse, New York  13202

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America                    Civil No.
                                            6:08-cv-1197(NPM/DEP)
                    Plaintiff
    vs.

Falls Court Properties Company
Morris Winkler
George H. Kidney, Jr.
                    Defendants.

### STIPULATION CANCELING LIS PENDENS

WHEREAS, no party served herein is an infant or incompetent person for whom a committee has been appointed.

IT IS HEREBY STIPULATED AND AGREED by all the

(a) attorney(s) for the plaintiff(s);
(b) attorney(s) for all defendants who have appeared or answered including those who have waived all notices;
(c) defendants who have been served with process and have not appeared but whose time to do so has expired; and
(d) defendants who have appeared in person,

that the notice of pendency of action that was filed in Supreme Court, County of Herkimer on the 3rd day of October, 2008 be canceled and discharged of record; this action was removed from Supreme Court, Herkimer County to the U.S. District Court, Northern District of New York and assigned Civil No. 6:08-cv-1197 on November 7, 2008.

Dated: ___10/1___ 2009

                                    _David C. Martin_ (signature)
                                    David P. Martin, Esq.
                                    HARRIS BEACH, PLLC
                                    Attorney(s) for the Plaintiff
                                    One Park Place
                                    300 South State Street, 4th Floor
                                    Syracuse, New York 13202
                                    315-423-7100

_/s/ Frank A. Bersani_
Frank A. Bersani, Jr.
Attorney(s) for Defendant,
Chittenango Housing for the
 Elderly LP
306 Syracuse Building
224 Harrison Street
Syracuse, New York  13202

IT IS SO ORDERED:

_/s/ David E. Peebles_
David E. Peebles
U.S. Magistrate Judge
Dated: November 6, 2009
       Syracuse, NY